KYRA KAZANTZIS (State Bar No. 154612)
kyrak@lawfoundation.org
ANNETTE D. KIRKHAM (State Bar No. 217958)
annettek@lawfoundation.org
KIM PEDERSON (State Bar No. 234785)
kimp@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
FAIR HOUSING LAW PROJECT
111 West Saint John Street, #315
San Jose, California  95113
Telephone:   (408) 280-2410
Facsimile:    (408) 293-0106

SARAH E. CRAVEN (STATE BAR NO. 261046)
sarah.craven@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666


Attorneys for Plaintiff
MYRRA MAY

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYRRA MAY,<br><br>            Plaintiff,<br><br>      v.<br><br>WASHINGTON MUTUAL BROKERAGE HOLDINGS, INC., d.b.a. WASHINGTON MUTUAL BANK, and JP MORGAN CHASE,<br><br>            Defendants. | Case No. C09-00459 JW<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT TO ADD ADDITIONAL PARTY |

1  Plaintiff MYRRA MAY, by and through her counsel, FAIR HOUSING LAW
2  PROJECT and FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P,
3  and Defendant JP MORGAN CHASE, by and through its counsel, ADORNO, YOSS,
4  ALVARADO & SMITH, hereby stipulate as follows:
5  On February 2, 2009, plaintiff Myrra May filed the instant lawsuit against defendants
6  Washington Mutual Brokerage Holdings, Inc. and JP Morgan Chase.  On April 6, 2009,
7  JP Morgan Chase filed an answer.  Washington Mutual did not file an answer to plaintiff's
8  complaint.  In September 2008, the Federal Deposit Insurance Corporation ("FDIC") became
9  the receiver for defendant Washington Mutual Bank.  On December 17, 2008, plaintiff filed
10 a claim with the FDIC.  Plaintiff has not received a response to her claim from the FDIC.
11 Plaintiff has advised JP Morgan Chase that she intends to amend the complaint to name FDIC
12 and may allege additional claims for relief that pertain to FDIC.  JP Morgan Chase does not
13 oppose the proposed amended complaint
14 **IT IS SO STIPULATED:**

16 Dated:  June 2, 2009                           FAIR HOUSING LAW PROJECT

18                                                /s/ Annette D. Kirkham
                                                  Annette D. Kirkham
19
20                                                Attorney for Plaintiff Myrra May

21 Dated:  June 2, 2009                           ADORNO, YOSS, ALVARADO & SMITH

23                                                /s/ S. Christopher Yoo
                                                  S. Christopher Yoo
24
                                                  Attorney for Defendant JP Morgan Chase
25 / / /
26 / / /
27 / / /
28 / / /

- 1 -                    STIPULATION & [PROPOSED] ORDER
                         TO AMEND COMPLAINT - C09-00459 JW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 2, 2009 at San Jose, California.

/s/ Annette D. Kirkham
Annette D. Kirkham

**[PROPOSED] ORDER**

Upon review of the parties' stipulation and good cause appearing:

IT IS HEREBY ORDERED that plaintiff Myrra May may amend her complaint to add the FDIC as an additional defendant and may allege additional claims for relief against the FDIC.

Dated: June 12, 2009

_James Ware_
United States District Judge