*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MYRRA MAY,<br><br>    Plaintiff,<br>v.<br><br>WASHINGTON MUTUAL BROKER-AGE HOLDINGS, INC., d.b.a. WASHINGTON MUTUAL BANK JP MORGAN CHASE, AND THE FEDERAL DEPOSIT INSURANCE CORPORATION AS; RECEIVER FOR WASHINGTON MUTUAL BANK,<br><br>    Defendants. | Case No.: C09-00459 JW<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION TO SET ASIDE DEFAULT OF FDIC BY CLERK |

The parties have so STIPULATED, IT IS HEREBY ORDERED:

1. The Default entered by Clerk on October 15, 2009 is set aside.

IT IS SO ORDERED.

Dated: November 24, 2009

_____
UNITED STATES JUDGE