

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYRRA MAY,<br><br>               Plaintiff,<br><br>   v.<br><br>WASHINGTON MUTUAL BROKERAGE HOLDINGS, INC., d.b.a. WASHINGTON MUTUAL BANK, JP MORGAN CHASE, AND THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK,<br><br>               Defendants. | Case No. 5:09-cv-00459-JW<br><br>**ORDER RE: DEFENDANT FDIC'S MOTIONS TO DISMISS AS TO PLAINTIFF'S STATE LAW CLAIMS** |

1    On May 3, 2010, the Court issued an Order approving the Plaintiff and Defendant FDIC's
2  Stipulation re: Dismissal as to the First Cause of Action for violation of TILA against Defendant
3  FDIC. (Docket Item No. 69.) In its Order, the Court presumed that the Stipulation also covered
4  state law claims against the FDIC because Plaintiff had not filed its Opposition to the FDIC's
5  pending Motions to Dismiss. The Court mistakenly calculated that Plaintiff's Opposition was due
6  on April 13, 2010 rather than May 3, 2010. This Order VACATES the Court's prior Order
7  regarding Plaintiff's state law claims against Defendant FDIC. Upon completion of the briefing,
8  the FDIC's Motions as to Plaintiff's state law claims will be taken under submission without oral
9  argument unless otherwise ordered by the Court. See Civ. L.R. 7-1(b)

Dated: May 3, 2010

_____
JAMES WARE
United States District Judge