UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Myrra May

CASE NO. C09-00459 JW

Plaintiff(s),

v.

Washington Mutual Brokerage Holdings, Inc., et al.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE) (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓   Private ADR *(please identify process and provider)* _____
Mediation at JAMS in San Jose, CA

The parties agree to hold the ADR session by:
   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

   ✓   other requested deadline  Late August 2010

Dated: 6/8/10

Attorney for Plaintiff

Dated: 6/18/10

Attorney for Defendant
for JPMorgan Chase Bank, NA

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- X  Private ADR

Deadline for ADR session
    90 days from the date of this order.
    X  other  August 31, 2010

IT IS SO ORDERED.

Dated: June 11, 2010

_James Ware_
UNITED STATES DISTRICT JUDGE