1  KYRA KAZANTZIS (State Bar No. 154612)
   kyrak@lawfoundation.org
2  ANNETTE D. KIRKHAM (State Bar No. 217958)
   annettek@lawfoundation.org
3  KIM PEDERSON (State Bar No. 234785)
   kimp.@lawfoundation.org
4  LAW FOUNDATION OF SILICON VALLEY
   FAIR HOUSING LAW PROJECT
5  152 North Third Street, Third Floor
   San Jose, California 95112
6  Telephone:  (408) 280-2410
   Facsimile:  (408) 293-0106
7
   SHAOBIN ZHU (State Bar No. 257626)
8  shaobin.zhu@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
9    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
10 3300 Hillview Avenue
   Palo Alto, California 94304
11 Telephone:  (650) 849-6600
   Facsimile:  (650) 849-6666
12
   Attorneys for Plaintiff
13 MYRRA MAY

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
10/1/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYRRA MAY, | Case No. C09-00459 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES** |
| v. | |
| WASHINGTON MUTUAL BROKERAGE HOLDINGS, INC., d.b.a. WASHINGTON MUTUAL BANK, JP MORGAN CHASE, AND THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK, | |
| Defendants. | |

Plaintiff MYRRA MAY, by and through her counsel, Fair Housing Law Project, and Defendant JP MORGAN CHASE, by and through its counsel, Adorno Yoss Alvarado & Smith hereby stipulate as follows:

On May 20, 2010, the Court issued the following Scheduling Order:

| | |
|---|---|
| Expert Witness Disclosure | October 12, 2010 |
| Close of Discovery | December 13, 2010 |
| Preliminary Pretrial Conference | November 15, 2010 |
| Dispositive motion hearing deadline | February 14, 2011 |

Because the parties intend to attend mediation in October 2010 and continue with good faith settlement discussions, the parties agree to extend these deadlines as follows:

| | |
|---|---|
| Expert Witness Disclosure | December 13 2010 |
| Close of Discovery | February 14 2011 |
| Dispositive Motion Deadline | April 11 2011 |
| Trial Date | None set |

**IT IS SO STIPULATED.**

Dated: September 29, 2010                    FAIR HOUSING LAW PROJECT
                                             /S/
                                             Annette D. Kirkham
                                             Attorneys for Plaintiff


Dated:  September 29, 2010                   ADORNO YOSS ALVARADO & SMITH
                                              /S/
                                             Geoffrey Brethen
                                             Attorneys for Defendant

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 29, 2010 at San Jose, California.

                                             /s/
                                             Annette D. Kirkham

### [PROPOSED] ORDER

Upon review of the parties' stipulation requesting a continuance of the case deadlines and good cause appearing:

IT IS HEREBY ORDERED that the deadlines in this case will be continued pursuant to the parties' stipulation.

Dated:   October 1, 2010

_____
United States District Judge James Ware

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*