1  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
2  GEOFFREY C. BRETHEN (CA Bar No. 259873)
   gbrethen@adorno.com
3  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
4  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
5  Tel:  (714) 852-6800
   Fax: (714) 852-6899
6
7  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A., AN ACQUIRER OF
   CERTAIN ASSETS AND LIABILITIES OF WASHINGTON
8  MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER

IT IS SO ORDERED

*James Ware*

Judge James Ware

10/21/2010

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  MYRRA MAY,                              CASE NO.: C09-00459 JW

13         Plaintiffs,                      JUDGE:      Hon. James Ware

14  v.                                      NOTICE OF WITHDRAWL OF
                                            DOCUMENT 86
15  WASHINGTON MUTUAL BROKERAGE
    HOLDINGS, INC., d.b.a. WASHINGTON       ACTION FILED:    February 9, 2009
16  MUTUAL BANK, JP MORGAN CHASE, AND
    THE FEDERAL DEPOSIT INSURANCE          TRIAL DATE:      None
17  CORPORATION AS RECEIVER FOR
    WASHINGTON MUTUAL BANK,

18
           Defendant.
19

20

21

22

23

24

25

26

27

28

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

1154980.1

1  **TO THE HONORABLE JAMES WARE, PLAINTIFF, PLAINTIFF'S ATTORNEY OF**

2  **RECORD, AND ALL INTERESTED PARTIES:**

3

4      Defendant JPMorgan Chase Bank, N.A. ("Chase") hereby request that Document number 86,

5  inadvertently filed with a case number of C09-00459, be withdrawn .  The documents will be

6  delivered to the mediator Honorable Robert A. Baines.

7

8  DATED:  October 19, 2010                    ADORNO YOSS ALVARADO & SMITH

9                                              A Professional Corporation

10

11                                             By:

12                                                  S. CHRISTOPHER YOO
                                                    GEOFFREY C. BRETHEN
13                                                  Attorneys for Defendant, JPMORGAN CHASE
                                                    BANK, N.A., AN ACQUIRER OF CERTAIN ASSETS
14                                                  AND LIABILITIES OF WASHINGTON MUTUAL
                                                    BANK FROM THE FDIC ACTING AS RECEIVER
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1154980.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**
*May v. Washington Mutual, et al.,*
USDC Case No.: C09-00459-JW

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On **October 19, 2010**, I served the foregoing document described as **NOTICE OF WITHDRAWL** on the interested parties in this action.

☒    by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒    **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California.  The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐    **BY FACSIMILE MACHINE:**  I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐    **BY OVERNIGHT MAIL:**  I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707.  The envelope was deposited with delivery fees thereon fully prepaid.

☐    **BY PERSONAL SERVICE:**  I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒    (Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on October 19, 2010, at Santa Ana, California.

Kimberly Riley

1086439.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

## SERVICE LIST

*May v. Washington Mutual, et al.,*
USDC Case No.: C09-00459-JW

Annette D. Kirkham, Esq.
Law Foundation of Silicone Valley
Fair Housing Law Project
111 West Saint John Street, #315
San Jose, CA 95113

Telephone: (408) 280-2410
Facsimile:  (408) 293-0106
annettek@lawfoundation.com

**Attorneys for Plaintiff**

Shaobin Zhu, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA  94304-1203

Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666
shaobin.zhu@finnegan.com

**Attorneys for Plaintiff**

COURTESY COPY

Annette D. Kirkham, Esq.
Law Foundation Of Silicone Valley
152 N. 3$^{re}$ Street 3rd Floor
San Jose, CA  95112

Telephone: (408) 280-2410
Facsimile:  (408) 293-0106
annettek@lawfoundation.com

**Attorneys for Plaintiff**

1086439.1