KYRA KAZANTZIS (State Bar No. 154612)
kyrak@lawfoundation.org
ANNETTE D. KIRKHAM (State Bar No. 217958)
annettek@lawfoundation.org
KIM PEDERSON (State Bar No. 234785)
kimp.@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
FAIR HOUSING LAW PROJECT
152 North Third Street, Third Floor
San Jose, California 95112
Telephone:   (408) 280-2410
Facsimile:   (408) 293-0106

SHAOBIN ZHU (State Bar No. 257626)
shaobin.zhu@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Plaintiff
MYRRA MAY

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*12/16/2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYRRA MAY, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON MUTUAL BROKERAGE HOLDINGS, INC., d.b.a. WASHINGTON MUTUAL BANK, JP MORGAN CHASE, AND THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK, <br><br> Defendants. | Case No. C09-00459 JW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TIME TO EXCHANGE EXPERT REPORTS |

1 | Plaintiff MYRRA MAY, by and through her counsel, Fair Housing Law Project, and Defendant JP MORGAN CHASE, by and through its counsel, Adorno Yoss Alvarado & Smith hereby stipulate as follows:

Pursuant to the Court's order dated October 1, 2010, the parties' expert reports are due on December 13, 2010. The parties are currently engaged in good faith settlement discussions and hope that a resolution to this matter can be reached. In order to facilitate continued settlement discussions, the parties agree to exchange expert reports on May 9, 2011 and further agree to extend the deadline for expert discovery to June 1, 2011 if the case does not settle by February 14, 2011.

**IT IS SO STIPULATED.**

Dated: December 10, 2010
FAIR HOUSING LAW PROJECT
/S/
Annette D. Kirkham
Attorneys for Plaintiff

Dated: December 10, 2010
ADORNO YOSS ALVARADO & SMITH
/S/
S. Christopher Yoo
Attorneys for Defendant

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 10, 2010 at San Jose, California.

/s/
Annette D. Kirkham

**IT IS SO ORDERED.**  All other deadlines shall remain unchanged.

Dated: December 16, 2010

_____
United States District Judge