1  KYRA KAZANTZIS (State Bar No. 154612)
   kyrak@lawfoundation.org
2  ANNETTE D. KIRKHAM (State Bar No. 217958)
   annettek@lawfoundation.org
3  KIM PEDERSON (State Bar No. 234785)
   kimp@lawfoundation.org
4  LAW FOUNDATION OF SILICON VALLEY
   FAIR HOUSING LAW PROJECT
5  152 North Third Street, 3rd Floor
   San Jose, California 95112
6  Telephone: (408) 280-2410
   Facsimile:  (408) 293-0106
7
   Attorneys for Plaintiff
8  MYRRA MAY

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
12/29/2010

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12

13  MYRRA MAY,                                  Case No. C09-00459 JW

14               Plaintiff,                     **STIPULATION REGARDING
                                                TIME TO EXCHANGE REBUTTAL
15       v.                                     EXPERT REPORTS AND DEADLINE
                                                FOR OBJECTIONS AND EXPERT
16  WASHINGTON MUTUAL BROKERAGE                 DEPOSITIONS**
    HOLDINGS, INC., d.b.a. WASHINGTON
17  MUTUAL BANK, JP MORGAN CHASE,
    AND THE FEDERAL DEPOSIT
18  INSURANCE CORPORATION AS
    RECEIVER FOR WASHINGTON
19  MUTUAL BANK,

20               Defendants.

21

22

23

24

25

26

27

28

Plaintiff Myrra May, by and through her counsel, Fair Housing Law Project, and Defendant JP Morgan Chase, by and through its counsel, Adorno Yoss Alvarado & Smith, hereby stipulate as follows:

1. Rebuttal expert reports shall be exchanged on May 16, 2011, one week after the initial exchange of expert reports;
2. The deadline for objections to expert reports shall be May 23, 2011;
3. Depositions of expert witnesses shall be completed by May 23, 2011.

**This is the final modification.**

Dated: December 27, 2010         FAIR HOUSING LAW PROJECT

By: ___/s/ Annette D. Kirkham___
         Annette D. Kirkham

Attorneys for Plaintiff MYRRA MAY

Dated: December 27, 2010         ADORNO YOSS ALVARADO & SMITH

By: ___/s/ S. Christopher Yoo___
         S. Christopher Yoo

Attorneys for Defendant
JP MORGAN CHASE BANK, N.A.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 27, 2010, at San Jose, California.

___/s/ Annette D. Kirkham___
         Annette D. Kirkham