```
JOHN M. SORICH (CA Bar No. 125223)
jsorich@alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
GEOFFREY C. BRETHEN (CA Bar No. 259873)
gbrethen@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., AN
ACQUIRER OF CERTAIN ASSETS
AND LIABILITIES OF WASHINGTON
MUTUAL BANK FROM THE FDIC
ACTING AS RECEIVER
```



IT IS SO ORDERED AS MODIFIED
Judge James Ware
3/17/2011

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRRA MAY,<br><br>    Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BROKERAGE HOLDINGS, INC., d.b.a. WASHINGTON MUTUAL BANK, JP MORGAN CHASE, AND THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK,<br><br>    Defendant. | CASE NO.: C09-00459 JW<br><br>JUDGE:  Hon. James Ware<br><br>[PROPOSED] ORDER RE: STIPULATION TO EXTEND DISCOVERY CUTOFF AND OTHER DEADLINES |

///
///
///

1
[PROPOSED] ORDER

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. The discovery completion date, currently set for currently set for February 14, 2011, is continued to April 14, 2011.

2. The last day for hearings dispositive motions, currently set for April 11, 2011, is continued to **June 27, 2011.**

In light of this Order, the Court VACATES the current trial schedule. The Court will set a new Preliminary Pretrial Conference in its Order addressing anticipated dispositive Motions.

Date: March 17, 2011

_____
Judge of the United States District Court

[PROPOSED] ORDER

1183150.2

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

*May v. Washington Mutual, et al.*,
USDC Case No.: C09-00459-JW

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ALVARADO SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On **March 15, 2011**, I served the foregoing document described as **[PROPOSED] ORDER RE: STIPULATION TO EXTEND DISCOVERY CUTOFF AND OTHER DEADLINES** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 15, 2011, at Santa Ana, California.



SHARON POLK

PROOF OF SERVICE

1086439.1

## SERVICE LIST

*May v. Washington Mutual, et al.,*
USDC Case No.: C09-00459-JW

| | |
|---|---|
| Annette D. Kirkham, Esq.<br>Law Foundation of Silicone Valley<br>Fair Housing Law Project<br>111 West Saint John Street, #315<br>San Jose, CA 95113 | Telephone: (408) 280-2410<br>Facsimile: (408) 293-0106<br>annettek@lawfoundation.com<br><br>**Attorneys for Plaintiff** |
| Shaobin Zhu, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203 | Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br>shaobin.zhu@finnegan.com<br><br>**Attorneys for Plaintiff** |
| <u>COURTESY COPY</u><br><br>Annette D. Kirkham, Esq.<br>Law Foundation Of Silicone Valley<br>152 N. 3$^{re}$ Street 3rd Floor<br>San Jose, CA 95112 | Telephone: (408) 280-2410<br>Facsimile: (408) 293-0106<br>annettek@lawfoundation.com<br><br>**Attorneys for Plaintiff** |

PROOF OF SERVICE

1086439.1