JOHN M. SORICH (CA Bar No. 125223)
jsorich@alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
GEOFFREY C. BRETHEN (CA Bar No. 259873)
gbrethen@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., AN
ACQUIRER OF CERTAIN ASSETS AND
LIABILITIES OF WASHINGTON MUTUAL
BANK FROM THE FDIC ACTING AS
RECEIVER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRRA MAY,<br><br>    Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BROKERAGE HOLDINGS, INC., d.b.a. WASHINGTON MUTUAL BANK, JP MORGAN CHASE, AND THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK,<br><br>    Defendant. | **CASE NO.: C09-00459 JW**<br><br>**JUDGE:**    Hon. Edward J. Davila<br><br>**STIPULATION TO EXTEND LAST DAY FOR HEARINGS ON DISPOSITIVE MOTIONS** |

This Stipulation to Extend Hearings on Dispositive Motions and Order Thereon ("Stipulation") is entered by, between, and amongst plaintiff Myrra May ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. ("JPMorgan"), an acquirer of certain assets and liabilities of

1

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1   Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver, by and

2   through their respective counsel.

3      WHEREAS, the parties seek postponement of the last day for hearings on dispositive

4   motions to allow JPMorgan's motion for summary judgment to be heard.  Despite a dispositive motion

5   hearing deadline of June 27, 2011, the first available date to hear the motion for summary judgment is

6   October 14, 2011 due to a backlog with the court.

7      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND

8   BETWEEN THE UNDERSIGNED COUNSEL FOR THE PARTIES HERETO:

9      1.      The last day for hearings dispositive motions, currently set for June 27, 2011, be

10   continued to October 21, 2011;

11      2.      Plaintiff shall file her opposition on or before September 23, 2011; and

12      3.      JPMorgan shall file its' reply brief on or before September 30, 2011.

13

14

15   DATED:  May 13, 2011            ALVARADOSMITH
                                    A Professional Corporation
16

17
                                    By:___/s/ Geoffrey C. Brethen_____
18                                      JOHN M. SORICH
                                        CHRISTOPHER YOO
19                                      GEOFFREY C. BRETHEN
                                        Attorneys for Defendant
20                                      JPMORGAN CHASE BANK, N.A., AN
                                        ACQUIRER OF CERTAIN ASSETS AND
21                                      LIABILITIES OF WASHINGTON MUTUAL
                                        BANK FROM THE FDIC ACTING AS
22                                      RECEIVER

23   DATED: May 13, 2011            FAIR HOUSING LAW PROJECT

24

25
                                    By:___/s/ Annette D. Kirkham_____
26                                      ANNETTE D. KIRKHAM, ESQ.
                                        Attorneys for Plaintiff
27                                      MYRRA MAY

28

STIPULATION TO EXTEND HEARINGS ON DISPOSITIVE MOTIONS

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1

## <u>ORDER</u>

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1.    The last day for hearings dispositive motions, currently set for June 27, 2011, be continued to October 21, 2011;

2.    Plaintiff shall file her opposition on or before September 23, 2011; and

3.    JPMorgan shall file its' reply brief on or before September 30, 2011.

Date:  May 17, 2011                                   

                                                                                Judge of the United States District Court

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**
*May v. Washington Mutual, et al.,*
USDC Case No.: C09-00459-JW

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ALVARADO SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On **May 13, 2011**, I served the foregoing document described as **STIPULATION TO EXTEND LAST DAY FOR HEARINGS ON DISPOSITIVE MOTIONS**

☒    by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒    **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐    **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐    **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐    **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒    (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on May 13, 2011, at Santa Ana, California.

JOYCE M. YOUNG

PROOF OF SERVICE

1086439.1

1

<u>SERVICE LIST</u>

2

*May v. Washington Mutual, et al.,*
3
USDC Case No.: C09-00459-JW

4     Annette D. Kirkham, Esq.                                    Telephone: (408) 280-2410
Law Foundation of Silicone Valley                        Facsimile:  (408) 293-0106
5     Fair Housing Law Project                                   annettek@lawfoundation.com
111 West Saint John Street, #315
6     San Jose, CA 95113                                         **Attorneys for Plaintiff**

7     Shaobin Zhu, Esq.                                          Telephone:    (650) 849-6600
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP        Facsimile:    (650) 849-6666
8     Stanford Research Park                                     shaobin.zhu@finnegan.com
3300 Hillview Avenue
9     Palo Alto, CA  94304-1203                                  **Attorneys for Plaintiff**

10    <u>COURTESY COPY</u>                                        Telephone: (408) 280-2410
Facsimile:  (408) 293-0106
11                                                               annettek@lawfoundation.com
Annette D. Kirkham, Esq.
12    Law Foundation Of Silicone Valley
152 N. 3rd Street 3rd Floor              **Attorneys for Plaintiff**
13    San Jose, CA  95112

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALVARADOSMITH
ATTORNEYS AT LAW
SANTA ANA

PROOF OF SERVICE

1086439.1