IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYRRA MAY, | CASE NO. 5:09-CV-00459-EJD |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| WASHINGTON MUTUAL BROKERAGE HOLDINGS, INC., ET AL., | |
| Defendants. | |

Having reviewed the parties' Joint Preliminary Pretrial Conference Statement (see Docket Item No. 129), the court finds that a Preliminary Pretrial Conference is unnecessary at this time. Accordingly, the Preliminary Pretrial Conference scheduled for January 25, 2013 is CONTINUED to **April 26, 2013**, at **11:00 a.m.** The parties shall file an updated Joint Case Management Statement no later than **April 16, 2013**. The parties are further ordered to participate in a settlement conference with Magistrate Judge Paul S. Grewal. The parties shall contact Judge Grewal's chambers by no later than **January 25, 2013** to schedule this conference.

**IT IS SO ORDERED.**

Dated: January 22, 2013

EDWARD J. DAVILA
United States District Judge