IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYRRA MAY, | CASE NO. 5:09-cv-00459 EJD |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| WASHINGTON MUTUAL BROKERAGE HOLDINGS, INC., et. al., | |
| Defendant(s). | |

Having reviewed the parties' Preliminary Pretrial Conference Statements (see Docket Item Nos. 142, 146), the court has determined that a pretrial conference is premature at this time. Accordingly, the Preliminary Pretrial Conference scheduled for September 13, 2013, is CONTINUED to **January 24, 2014, at 11:00 a.m.** The parties shall file an updated Joint Preliminary Pretrial Conference Statement on or before **January 14, 2014.**[1]

In addition, the parties shall comply with the following orders:

1. Since Defendants consent to Plaintiff's request to reopen discovery, the parties shall file a Stipulation and Proposed Order on or before **September 20, 2013**, which provides for such relief and details the scope of any additional discovery that may be undertaken.

---

[1] The court emphasizes that these types of statements should be *joint* submissions - not separate submissions.

1
CASE NO. 5:09-cv-00459 EJD
ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE

2. On or before **September 16, 2013**, the parties shall contact Judge Grewal's courtroom deputy and shall arrange for an additional settlement conference, which shall occur no later than 90 days from the date this order is filed.

**IT IS SO ORDERED.**

Dated: September 10, 2013



EDWARD J. DAVILA
United States District Judge

2
CASE NO. 5:09-cv-00459 EJD
ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE