IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYRRA MAY, | CASE NO. 5:09-cv-00459 EJD |
| Plaintiff(s), | **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |
| v. | |
| WASHINGTON MUTUAL BROKERAGE HOLDINGS, INC., et. al., | |
| Defendant(s). | |

Having reviewed the parties' joint statement (see Docket Item No. 166) and good cause appearing therefor, the hearing on the Order to Show Cause scheduled for April 4, 2014, is CONTINUED to **May 9, 2014, at 9:00 a.m.** On or before **May 2, 2014**, the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of the settlement and amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **May 2, 2014.**

**IT IS SO ORDERED.**

Dated:  March 28, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:09-cv-00459 EJD
ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE