KYRA KAZANTIS (State Bar No. 154612)
kyrak@lawfoundation.org
JAMES F. ZAHRADKA (State Bar No. 196822)
jamesz@lawfoundation.org
ANNETTE D. KIRKHAM (State Bar No. 217958)
annettek@lawfoundation.org
KATHERINE M. LEHE (State Bar No. 273472)
katherine.lehe@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
FAIR HOUSING LAW PROJECT
152 North Third Street, Third Floor
San Jose, CA 95112
Telephone:    (408)280-2410
Facsimile:    (408)293-0106

SHAOBIN ZHU (State Bar No. 257626)
shaobin.zhu@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for Plaintiff
MYRRA MAY

IT IS SO ORDERED
Judge Edward J. Davila
7/10/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYRRA MAY,<br><br>                      Plaintiff<br><br>          v.<br><br>WASHINGTON MUTUAL BROKERAGE HOLDINGS, INC., et al.,<br><br>                      Defendants. | Case No.: 09-00459 EJD<br><br>**PLAINITFF MYRRA MAY'S REQUEST FOR DISMISSAL OF ENTIRE COMPLAINT WITH PREJUDICE** |

Case No.: 5:09- cv-00459 EJD

Plaintiff MYRRA MAY, by and through her counsel, Fair Housing Law Project, hereby dismisses her entire complaint, with prejudice, against all defendants, pursuant to a settlement agreement executed by the parties on June 25, 2014.

The Clerk shall close this file.

Dated:  July 9, 2014                  FAIR HOUSING LAW PROJECT

                                       By:  /s/
                                                Annette D. Kirkham
                                   Attorneys for Plaintiff Myrra May